October 16, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

THE CITY OF SUGAR LAND, Appellant

NO. 14-14-00292-CV                      V.

LEON KAPLAN, Appellee

_____

This cause, an appeal from the trial court's order overruling the plea to the jurisdiction filed by appellant, the City of Sugar Land (the "City"), signed on March 26, 2014 in favor of appellee, Leon Kaplan, was heard on the transcript of the record. We have inspected the record and find that the undisputed facts negate the City's alleged waiver of immunity as to Leon Kaplan's claim of disability discrimination. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment dismissing with prejudice Leon Kaplan's claim of disability discrimination against the City.

We further order that all costs incurred by reason of this appeal be paid by appellee, Leon Kaplan.

We further order this decision certified below for observance.